**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT COURT OF LOUISIANA**

| | | |
|---|---|---|
| **ROY STANLEY** | * | **CIVIL ACTION NO.:** |
| **VERSUS** | * | **JUDGE** |
| **STARFLEET MARINE TRANSPORTATION, INC. AND M/V MS. LINDA LEE** | * | **MAGISTRATE** |

*****************

**COMPLAINT FOR DAMAGES**

The Complaint of Roy Stanley, a major and resident of and domiciled Vidalia, Louisiana, respectfully represents that:

1.

Made defendant herein is Starfleet Marine Transportation, Inc., foreign Corporation which may be served via Louisiana's Long Arm Statute by mailing Citation in a certified envelope return receipt requested to the defendant at 1476 Ben Sawyer Boulevard, Suite 8, Mount Pleasant, South Carolina 29464.

2.

This case is cognizable under the admiralty and maritime laws of the United States and this court is vested with jurisdiction.

3.

As a direct and proximate result of the incident sued upon, Complainant has incurred medical expenses, loss of earnings and earnings capacity and suffered serious, painful, and debilitating

injuries or aggravations of pre-existing conditions to his neck, back, shoulders and other parts of his mind and body.

4.

Roy Stanley was employed by Wood Group, Inc. and assigned to work off shore. When it was time for him to return to shore, he was transported by Starfleet Marine Transportation, Inc., the owner and operator of the M/V Ms. Linda Lee.

5.

On or about March 23, 2014, Roy Stanley boarded the M/V Ms. Linda Lee to be brought to shore. A weather front had moved through the area, causing the seas to be very rough. As a result of the rough seas and the failure of the crew of the M/V Ms. Linda Lee to take reasonable steps, Roy Stanley was injured when he was tossed about the interior of the vessel.

6.

Against good advice and proper operating protocols, on or about March 23, 2014, when the seas became very rough, the crew of the M/V Ms. Linda Lee, who where employees of Starfleet Marine Transportation, Inc. and were acting the course and scope of their employment, maintained a high rate of speed despite the very rough seas and failed to take appropriate actions to otherwise minimize the impact of the weather, including changing course or trip plans and otherwise securing the vessel, its crew and its passengers.

7.

The seas were so rough that reasonable and proper care would have required that the crew of the M/V Ms. Linda Lee take appropriate steps so as not to unreasonable expose the crew and passengers to the perils created by its operations.

8.

The foregoing incident was caused by the negligence of Starfleet Marine Transportation, Inc. and its agents, employees, servants, or others for whom it is legally responsible in the following non-exclusive particulars:

a) Continuing to ply the very rough seas at a rate of speed and in a course that was not reasonable under the weather conditions;

b) Failing to provide the Complainant and other with proper safety precautions or procedures during the very rough seas;

c) Failing to provide adequate training to the crew members of the vessel on how to deal with the weather conditions;

d) Failing to provide an adequate complement of crew and/or sufficiently trained crew and/or equipment;

e) Operating and maintaining a vessel during the unreasonably rough seas; and

f) Failing to properly institute or to enforce policies and procedures that would have reasonably protected Roy Stanley and others from injury;

g) Breaching the legally imposed duties of care owed to petitioner in manners to be proven at the trial of this cause.

WHEREFORE, Roy Stanley prays that after the expiration of all legal delays and due proceedings had that there be a judgment rendered herein in his favor and against the defendant for all damages reasonable under the premises and punitive damages as are appropriate under the premises, together with legal interest thereon from the date of judicial demand until paid, for all costs of these proceedings and any other damages, penalties, or sanctions reasonable under the premises.

Respectfully submitted:
Simien & Simien, L.L.C.
Attorneys And Counselors At Law
7908 Wrenwood Blvd.
Baton Rouge, Louisiana 70809
(225) 932-9221; Fax (225) 932-9286

*/s/ Eulis Simien, Jr.*

By: Eulis Simien, Jr. (T.A.), Bar # 12077
Jimmy Simien Bar, # 1598